IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF OHIO
AT YOUNGSTOWN

FILED
U.S. BANKRUPTCY COURT
2011 MAR -3 PM 3: 36
NORTHERN DISTRICT OF OHIO
YOUNGSTOWN

| | |
|---|---|
| IN RE: ) | CASE NO. 98-40381 |
| ) | |
| INTERIM HEALTHCARE OF NE OHIO, INC. ) | |
| ) | JUDGE KAY WOODS |
| ) | |
| ) | |
| Debtor(s) ) | TRANSMITTAL OF UNCLAIMED |
| ) | FUNDS |

TO THE CLERK, UNITED STATES BANKRUPTCY COURT:

1. Ninety days have passed since Final Distribution was made in this case. A stop payment has been issued on all checks remaining unpaid. The name of the person to whom such unnegotiated check was issued, the amount of such check and its last known address is:

        E. JOYCE SUTTON
        133 BOARDMAN POLAND
        BOARDMAN, OH 44512

                      $6.58

2. My Trustee's check for $6.58 payable to the Clerk of the United States Bankruptcy Court is attached to this report and list.

   3. Nothing further remains to be done in this case.

DATE: 2/24/11                               /s/ Michael D. Buzulencia
                                                    MICHAEL D. BUZULENCIA
                                                    Chapter 7 Trustee
                                                    150 E. Market St.
                                                    Suite 300
                                                    Warren, OH 44481
                                                    (330) 392-8551
                                                    Fax no. : (330) 392-7030
                                                    buzulenciatrustee@mahoningvalleylaw.com
                                                    OHIO BAR REG. NO. 0015291

## CERTIFICATE OF SERVICE

The U.S. Bankruptcy Court served the foregoing Transmittal of Unclaimed funds to the following parties:

U.S. Trustee
Howard M. Metzenbaum U.S. Court House
201 Superior Ave., Room 441
Cleveland, OH 44114

/s/ Michael D. Buzulencia
MICHAEL D. BUZULENCIA
CHAPTER 7 TRUSTEE